JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE THOMPSON,<br><br>Defendant. | NO. CR 14-212-RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND THE DUE DATE OF PRETRIAL MOTIONS |

Based on the stipulated motion of the defendant to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

(PROPOSED) ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE &
EXTEND DUE DATE OF PTMs
(*Lawrence Thompson;* CR14-212RSL)

1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from September 22, 2014, to November 10, 2014. The resulting period of delay from September 22, 2014, to November 10, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than October 3, 2014.

DONE this 14th day of August, 2014.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented By:

s/ Jennifer E. Wellman
Jennifer E. Wellman, WSBA No. 29193
Assistant Federal Public Defender
Attorney for Lawrence Thompson

(PROPOSED) ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE &
EXTEND DUE DATE OF PTMs
(Lawrence Thompson; CR14-212RSL)                2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100