JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR 14-212RSL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND DUE DATE OF PRETRIAL MOTIONS |
| LAWRENCE THOMPSON, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the stipulated motion to continue the trial date and extend the due date for pretrial motions (Dkt. # 23). Having reviewed the stipulated motion and the Waiver of Speedy Trial Rights executed by Mr. Thompson, the Court finds that:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from November 10, 2014, to February 23, 2015. The resulting period of delay from November 10, 2014, to February 23, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that pretrial motions are due no later than January 16, 2015.

DATED this 7th day of October, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE &
EXTEND DUE DATE OF PRETRIAL MOTIONS - 2