PROB 12C-SUP
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Supplemental Violation

**Name of Offender:**  Lawrence L. Thompson  **Case Number:** 2:14CR00212RSL-001
**Name of Judicial Officer:**  The Honorable Robert S. Lasnik, United States District Judge
**Date of Original Sentence:**  04/10/2015   **Date of Report:** 03/10/2021
**Original Offense:**  Possession of Methamphetamine with Intent to Distribute
**Original Sentence:**  84 months of custody, 3 years of supervised release
**Type of Supervision:**  Supervised release   **Date Supervision Commenced:** 07/17/2020
**Assistant United States Attorney:**  Stephen Hobbs   **Defense Attorney:** Jennifer Wellman
**Special Conditions Imposed:**

☒ Substance Abuse      ☒ Financial Disclosure      ☐ Restitution:
☒ Mental Health        ☐ Fine                     ☐ Community Service
☒ Other: Search, Moral Reconation Therapy, ad no cash/self-employment

## PETITIONING THE COURT

☐  To issue a warrant under seal
☐  To issue a summons
☒  To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on November 17, 2020.

I allege Lawrence L. Thompson has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5. | Failure to participate in substance abuse treatment, as directed, in violation of a special condition of supervision. |
| 6. | Failure to participation in mental health treatment, as directed, in violation of a special condition of supervision. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒  The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.
☐  The conditions of supervision should be modified as follows:

☐  Detention pending final adjudication due to
    ☐ risk of flight.
    ☐ danger to community.

The Honorable Robert S. Lasnik, United States District Judge  Page 2
Supplemental Violation  March 10, 2021

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 10th day of March, 2021. | BY: |
| _____<br>Raymond E. Cowles<br>United States Probation Officer | _____<br>Brian Johnson<br>Supervising United States Probation Officer |

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

_____
Signature of Judicial Officer
March 10, 2021
Date