The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR14-212-RSL |
|---|---|
| Plaintiff | |
| | GOVERNMENT'S DISPOSITION MEMORANDUM |
| v. | |
| LAWRENCE THOMPSON, | |
| Defendant. | |

The Probation Officer has alleged the following violations of supervision in two separate petitions:

| Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to report as directed for urinalysis testing, on the following dates, in violation of a special condition of supervised release:<br>• September 21, 2021<br>• September 22, 2021<br>• September 30, 2021 |
| 2. | Using methamphetamine, on or about October 15, 2021, in violation of a mandatory condition of supervised release. |
| 3. | Using methamphetamine, on or about October 26, 2021, in violation of a mandatory condition of supervised release. |
| 4. | Using fentanyl, on or about the following dates, in violation of a mandatory condition of supervised release:<br>• October 26, 2021<br>• October 31, 2021 |
| 5. | Failure to participate in a mental health treatment program, on or about October 28, 2021, in violation of a special condition of supervised release. |
| 6. | Failure to participate in a substance abuse treatment program, on or about October 29, 2021, in violation of a special condition of supervised release. |

*United States v. Thompson*, CR14-212-RSL
Government's Disposition Memorandum - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is the government's understanding that Mr. Thompson will admit these violations at the disposition hearing scheduled for December 16, 2021 (with the possible exception of one of the dates alleging fentanyl use pursuant to Violation 4). Mr. Thompson was taken into custody on November 19, 2021, and has been detained on these violations since that date.

The government supports the Probation Officer's recommendation for 7 months of custody. The government leaves to the Court's discretion whether an ensuing term of supervised release is an appropriate use of the Court's resources.

In its prior disposition memorandum, the government observed:

> These violations… stretch back over one year. During that time, the Probation Officer, the government, and the Court have repeatedly continued hearings and agreed to Mt. Thompson's release in order to allow him to enter into mental health and substance abuse treatment. Mr. Thompson has consistently refused or been unable to do so. As recently as June of 2021 the government agreed to Mr. Thompson's release so he could live with his mother and enter in-patient treatment. It is now September and Mr. Thompson has not done so and during this time he has also repeatedly failed to report for urinalysis testing.
>
> There is no doubt that addiction is a hard road, but at this point Mr. Thompson has not even taken basic steps to address this problem.

Disposition Memorandum dated September 3, 2021. Eventually, on September 8, 2021, Mr. Thompson was sentenced to time served and 22 months supervision for these prior violations. This sentence was almost immediately followed by new Violations 1 and 2, currently before the Court. Ultimately the Court issued a warrant for Mr. Thompson's arrest on Violations 3, 4, 5 and 6. Mr. Thompson was taken into custody when he appeared for a scheduled initial appearance on November 19, 2021.

Sadly, as the current violations demonstrate, Mr. Thompson has been unable to address his ongoing substance abuse issues. As the Probation Officer concludes:

> This is Mr. Thompson's second instance before the Court to face revocation proceedings. Your Honor provided Mr. Thompson another chance to obtain compliance and progress on supervision; however, his adjustment to

*United States v. Thompson*, CR14-212-RSL
Government's Disposition Memorandum - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

supervised release can be best described as poor. He has not complied with substance use treatment, mental health treatment, and continues to consume controlled substances. In addition, his communication with the probation office has at times been minimal.

USPO Recommendation dated December 8, 2021, p. 3.

Accordingly, the Probation Officer's recommendation of 7 months – the low end of the advisory Guidelines Range – is a reasonable and appropriate consequence for Mr. Thompson's failure to comply with the conditions of supervision imposed by the Court.

DATED this 9th day of December, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, WA 98101-3903
Telephone:   206-553-4301
Fax:              206-553-0755
E-mail:         stephen.p.hobbs@usdoj.gov

*United States v. Thompson*, CR14-212-RSL
Government's Disposition Memorandum - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970